## WAYCROSS COMMERCIAL HOTEL CO. INC. *v.* TOMBERLIN.

No. 7734. MARCH 14, 1931. REHEARING DENIED SEPTEMBER 23, 1931.

*Herbert W. Wilson, Harry M. Wilson,* and *Q. L. Garrett,* for plaintiff.

*J. D. Blalock* and *E. O. Blalock,* for defendant.

PER CURIAM. After a thorough consideration of the assignments of error in the petition for certiorari, this court is convinced that the judgment of the Court of Appeals is correct; and therefore the judgment of the court below is

*Affirmed. All the Justices concur.*

ON MOTION FOR REHEARING.

PER CURIAM. Upon consideration of the grounds of the motion for a rehearing the motion is denied. All the Justices concur, except

RUSSELL, C. J., dissenting. In the original consultation before the court as a whole, as to the nature of the judgment which should be rendered, I was acting under a misapprehension, and was of the opinion that the judgment agreed upon was one merely dismissing the writ of certiorari upon the ground that the writ had been improvidently granted. I did not myself prepare the final per curiam judgment embodying the conclusion of the court. On the contrary, I prepared in writing and proposed an opinion and syllabi reversing the judgment of the Court of Appeals. Though my failure to be recorded as dissenting from the original judgment be due only to my own neglect, my views upon the questions presented by the writ of error have not changed; and therefore I can not concur in the judgment denying the motion for a rehearing.